IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARK JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 307-023 |
| RALPH KEMP, Warden, Wheeler State Prison, et al., | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants FNU White, FNU Du, Medical Personnel, and the Georgia Department of Corrections are **DISMISSED** from this case; Plaintiff's grievance, protocol, retaliation, deliberate indifference, and *respondeat superior* claims arising from Wheeler State Prison are **DISMISSED**; Plaintiff's potential state law claims and potential claims related to his incarceration at Rivers State Prison and Bostick State Prison are **DISMISSED** without prejudice; and this civil action is **CLOSED**.

SO ORDERED this 31 day of January, 2008.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE